IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MILTON KENT JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-011 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTION (G.D.C); | ) | |
| JANE DOE, Correctional Officer; | ) | |
| SERGEANT MRS. JACKSON; and | ) | |
| LIEUTENANT MRS. McARTHER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 6, 9.) The Magistrate Judge recommended dismissing the case without prejudice because Plaintiff failed to return the Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms which are required to proceed *in forma pauperis* ("IFP"). (See doc. no. 4; see also doc. no. 7 (extending time to respond and providing second set of requisite forms to Plaintiff).) In his objections, Plaintiff asserts prison officials refuse to return the required forms to him. (See generally doc. nos. 6, 9.)

Notably, however, when provided a second set of forms, (see doc. no. 7), Plaintiff again failed to return any of the required paperwork. Even if the Court were to assume for

the sake of argument that prison officials will not return the Prisoner Trust Fund Account Statement to Plaintiff, he has not returned the Consent to Collection of Fees, a form which Plaintiff alone is responsible for signing. As neither of the required forms have been returned, nothing in the objections changes the analysis that the case is due to be dismissed.

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 3rd day of May, 2024, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA